# In the United States Court of Federal Claims

No. 09-37 C

**PETER H. BEER, ET AL.,**

                                                        **JUDGMENT**

    v.

**THE UNITED STATES**

      Pursuant to the Opinion, filed June 11, 2013,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs are entitled to back pay calculated without adding prejudgment interest with respect to the 2007 and 2010 cost of living adjustments ("COLAs"), without deducting additional Federal Employees' Group Life Insurance ("FEGLI") premiums, and with interest calculated on a pre-tax basis. Judgment is in favor of plaintiffs and against the United States for net back pay as follows:

| | |
|---|---|
| Judge Peter H. Beer | $153,107.69 |
| Judge U.W. Clemon | $147,930.37 |
| Judge Terry J. Hatter, Jr. | $152,619.51 |
| Judge Richard A. Paez | $160,056.26 |
| Judge Laurence H. Silberman | $163,155.08 |
| Judge A. Wallace Tashima | $162,811.90 |

      Pursuant to 28 U.S.C. § 1491(a)(2), the Administrative Office of the United States Courts shall reflect in the plaintiffs' pay records the omitted COLAs, leading to a current annual rate of $197,100 for district court Judges Hatter and Beer, $194,200 for retired district court Judge Clemon, and $209,100 for circuit court Judges Paez, Silberman, and Tashima, along with the applicable withholdings as approved in the June 11, 2013 Opinion.

                                                              Hazel C. Keahey
                                                              Clerk of Court

**June 12, 2013**                        By:    s/Lisa L. Reyes

                                                          Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $455.00.